Commonwealth *v.* Brown, Appellant.

Argued June 19, 1967.
*Thomas Kellogg,* Assistant Defender, with him *Elizabeth L. Green* and *Melvin Dildine,* Assistant Defenders, and *Herman I. Pollock,* Defender, for appellant; *Michael M. Baylson,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Bryant, Appellant.

opinion by McDermott, J. Submitted June 12, 1967. *James Bryant,* appellant, in propria persona; *Walter M. Phillips, Jr.* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Bryant, Appellant.

Submitted June 12, 1967. *William Bryant,* appellant, in propria persona; *Welsh S. White* and *Alan J. Davis,* Assistant

734

District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Clark, Appellant.

Submitted June 12, 1967. *Ruben Clark, Jr.,* appellant, in propria persona; *Ralph B. D'Iorio* and *Vram S. Nedurian, Jr.,* Assistant District Attorneys, *John R. Graham,* First Assistant District Attorney, and *Paul R. Sand,* District Attorney, for Commonwealth, appellee.

Order affirmed.

MONTGOMERY and HOFFMAN, JJ., would remand this case to the lower court for consideration of post-trial motions and with the allowance of an appeal from the judgment of sentence nunc pro tunc.

## Commonwealth *v.* Collins, Appellant.

Submitted June 15, 1967. *Emanuel Collins,* appellant, in propria persona; *Michael J. Rotko* and *Alan J. Davis,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Crandall, Appellant.